RECEIVED

JUL - 2 2012

TONY R. MOORE, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 12-cr-0145 |
| VERSUS | JUDGE FOOTE |
| LUKE L. DEITEMEYER | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons orally assigned in the oral Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant Luke L. Deitemeyer on June 1, 2012 before Magistrate Judge Mark L. Hornsby is accepted by the court, pursuant to the provisions of F.R.Cr.P. 11.

THUS DONE AND SIGNED at Shreveport, Louisiana, this _2_ day of _July_ 2012.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE